# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.** | Telephone: (518) 449-2043 | For payments Only: |
| Trustee | Facsimile: (518) 449-2473 | P.O Box 1918 |
| **Bonnie Baker, Esq.** | | Memphis, TN 38101-1918 |
| Assoc. Attorney | | |

May 23, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:   05-12522                Peter & Donna Teresi

To Whom It May Concern:

Enclosed please find check #922644 in the amount of $.38. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

| | |
|---|---|
| Claim No. | 20 |
| Account# | M48486 MJR 215461 |
| Creditor | New Century Fin. Serv., Inc. |
| | % Mullooly, Jeffery Etal |
| | 6851 Jericho Tpke, Ste 3220, POB 9036 |
| | Syosset, NY 11791 |

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

FILED
MAY 24 2011
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY